IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS

ANTWAIN PORTER,

        **Plaintiff**,

v.

DEPARTMENT OF HEALTH AND
HUMAN RESOURCES,

        **Defendant**.

CIVIL ACTION No: 2:19-CV-5
(JUDGE KLEEH)

## REPORT AND RECOMMENDATION RECOMMENDING DISMISSAL FOR FAILURE TO PROSECUTE

    This matter is before the undersigned pursuant to an Order of Referral entered by District Judge Thomas S. Kleeh on February 7, 2019. (ECF No. 8). On January 16, 2019, Plaintiff filed his Complaint alleging that an employee of the DHHR Behavioral Health Division at Sharpe Hospital assaulted him. (ECF No. 1). On February 4, 2019, Plaintiff filed a Motion for Leave to Proceed in forma pauperis (ECF No. 5), which was granted on February 7, 2019 (ECF No. 5). Plaintiff was provided information regarding service in the Order. Id. On May 29, 2019, the undersigned entered a Show Cause Order requiring Plaintiff to show good cause as to why Defendant has not been served. (ECF No. 12). To date, Defendant has not been served.[1]

    Accordingly, the undersigned **RECOMMENDS** that Plaintiff's Complaint be dismissed without prejudice for failure to prosecute.

---

[1] All documentation sent from the court was sent via certified mail and a return receipt provided to the court indicating Plaintiff's acceptance of the document. Service of the Show Cause Order was initially accepted by the facility (ECF No. 13), but then later returned as "undeliverable" to the undersigned (ECF No. 14). Pursuant to L.R. Gen. P. 83.03, Plaintiff has a continuing obligation to update his phone number and address to where all papers will be served upon him.

The Court **DIRECTS** the Clerk of the Court to provide a copy of this Order to any parties who appear *pro se* and counsel of record, and all agencies as applicable, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

Respectfully submitted this 24th day of June, 2019.

MICHAEL JOHN ALOI
UNITED STATES MAGISTRATE JUDGE